

FILED IN COURT OF APPEALS
12th Court of Appeals District

FEB 11 2015

TYLER TEXAS
CATHY S. LUSK CLERK

FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**2/11/2015**                                                    **COA No. 12-13-00042-CR**
**MOORE, DAVINA WILSON    Tr. Ct. No. 007-1664-11**              **PD-1046-14**

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

Abel Acosta, Clerk

12TH COURT OF APPEALS  CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX  75701
* DELIVERED VIA E-MAIL *